# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 10:30am                                   Case #   3:10cr39 LAC

Time Concluded: 10:45am                                   Date   Monday, July 19, 2010

DOCKET ENTRY: SENTENCING as to Counts 1, 2, 3, 4 & 5: Custody of BOP for 5 months, with counts to run concurrently one with the other; Supervised release of 3 years, with counts to run concurrently one with the other; SMA of 100.00 each count (total of $500.00). Deft allowed to voluntarily surrender by 12:00 noon on 9/7/10 to the Pensacola USM or designated institution.   SEE FORMAL JUDGMENT

PRESENT:    HONORABLE        LACEY A. COLLIER            , JUDGE        Mary Maloy
                                                                        Deputy Clerk
   Mike Constantakos            Donna Boland              Edwin Knight
         USPO                   Court Reporter          Asst. U.S. Attorney


Defendant  Gregory Paul Violette, II            Thomas Keith, FPD
Present  X  custody      bond   O/R   X         X present    X   Apptd    Retained
                                                Attorney for defendant

  X   Deft speaks on own behalf

  X   Court informs Deft of Right to Appeal











                                                INITIALS OF DEPUTY CLERK     mm